UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEBORAH LAMB, et al.,

                        Plaintiffs                   **ORDER**
                                               CV 10-3831 (SJF)(ARL)

        -against-

TARGET CORPORATION, et al.,

                        Defendants.
-----------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

       Before the court is defendants' letter application dated February 15, 2011 seeking to compel the plaintiffs to (i) provide responses to Defendants' Combined Demands and First Set of Interrogatories; (ii) provide more complete responses to Defendants' Demand for Authorizations, specifically documents referenced in letters "t" through "w"; and (iii) provide records relating to a prior accident that was allegedly agreed to in a telephone conversation held on February 4, 2011. Plaintiffs have not submitted a response in opposition to this application.

       Defendants' motion is granted, in part. By March 17, 2011, plaintiffs shall respond to all outstanding discovery, with the exception of the records relating to the prior accident. With respect to these records, defendants' application is premature. A written demand on plaintiffs should be made prior to seeking relief from the court. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that the case be dismissed for failure to prosecute.


Dated:  Central Islip, New York              **SO ORDERED:**
          March 3, 2011


                                      _____/s_____
                                      ARLENE R. LINDSAY
                                      United States Magistrate Judge