UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DEBORAH LAMB, et al.,

                    Plaintiffs                **ORDER**
                                                              CV 10-3831 (SJF)(ARL)
      -against-

TARGET CORPORATION, et al.,

                    Defendants.
----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is defendants' letter application dated March 4, 2011seeking reconsideration of their motion to compel plaintiffs to provide records relating to plaintiff Deborah Lamb's prior accidents. Plaintiffs have not submitted a response in opposition to this application.

      Having made a written demand on plaintiffs in the Demand for Authorizations dated January 6, 2011, defendants' motion is granted. By April 18, 2011, plaintiffs shall provide the outstanding discovery relating to the prior accidents. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that the case be dismissed for failure to prosecute.

Dated: Central Islip, New York                SO ORDERED:
         March 17, 2011

                                                          _____/s_____
                                                           ARLENE R. LINDSAY
                                                           United States Magistrate Judge